UNITED STATES DISTRICT COURT

MIDDLE DISTRICT

STATE OF LOUISIANA

| | | |
|---|---|---|
| CLARENCE MITCHELL | * | CIVIL ACTION NO. 3:18-CV-00919-BAJ-RLB |
| VERSUS | * | |
| DIAMOND PLASTICS CORPORATION, AUTOMATION PERSONNEL SERVICES, INC., XYZ INSURANCE CORPORATION | * * | |

**JOINT MOTION FOR EXTENSION OF PRETRIAL SUBMISSIONS**

NOW INTO COURT, through undersigned counsel, come the plaintiff, Clarence Mitchell, and the defendant, Diamond Plastics Corporation, who move to extend the current deadline of February 26, 2021, to file joint jury instructions, voir dire, verdict form, and trial briefs, on the following grounds:

1.

The current Case Management Order set the deadline for submission of joint jury instructions, voir dire, verdict forms, and trial briefs on February 26, 2021, and set the pretrial conference on January 21, 2021.  Rec Doc 104.  On its own Motion, the Court continued and reset the pretrial conference to March 11, 2021.  Rec Doc 140.

2.

The parties believe that guidance from the Court during the pretrial conference may impact their pretrial submissions, and that the Court set the original submission deadline after the pretrial conference in part for that reason.

3.

The parties propose moving the deadline for these pretrial submissions to March 25, 2021, two weeks after the pretrial conference and nearly a month before the trial scheduled to begin on April 19, 2021.

WHEREFORE, the plaintiff, Clarence Mitchell, and the defendant, Diamond Plastics Corporation, pray that the deadline for submission of joint jury instructions, voir dire, verdict forms, and trial briefs be extended from February 26, 2021 to March 25, 2021, or whatever other date the Court deems appropriate.

By Attorneys,

DODSON, HOOKS & FREDERICK, APLC

/s/ Kenneth H. Hooks, III
Kenneth H. Hooks, III (#29057)
112 Founders Drive
Baton Rouge, LA 70810
Phone: 225-756-0222
Fax: 225-756-0025
Counsel for Plaintiff, Clarence Mitchell


KEOGH, COX & WILSON, LTD.

/s/ Martin E. Golden
Martin E. Golden (#14295)
George A. Wright (#36095)
701 Main Street (70802)
P. O. Box 1151
Baton Rouge, LA 70821
(225) 383-3796
Fax: (225) 343-9612
Counsel for Defendant, Diamond Plastics Corporation

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of February, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                            /s/ Martin E. Golden
                              Martin E. Golden

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT

STATE OF LOUISIANA

| | | |
|---|---|---|
| CLARENCE MITCHELL | * | CIVIL ACTION NO. 3:18-CV-00919-BAJ-RLB |
| VERSUS | * | |
| DIAMOND PLASTICS CORPORATION, AUTOMATION PERSONNEL SERVICES, INC., XYZ INSURANCE CORPORATION | *  * | |

## **ORDER**

IT IS ORDERED that the deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs, now set on February 26, 2021, is extended to March 25, 2021.

Baton Rouge, Louisiana, this _____ day of _____, 2021.

_____
RICHARD L. BOURGEOIS, JR.,
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA